IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA C. ARMSTEAD, | ) |
| PLAINTIFF, | ) |
| VS. | ) CV-02-H-3003-S |
| SW BELL TELEPHONE COMPANY, ACCOUNT SERVICES, | ) ) |
| DEFENDANT. | |

**MEMORANDUM OF DECISION**

The court has before it the December 9, 2002 motion of plaintiff to proceed <u>informa</u> <u>pauperis</u>. Although the motion is unsigned, it was attached as page two to the one-page complaint also filed on December 9, 2002 which was signed.[1] The court therefore views the motion as sufficiently signed, and having considered the motion, it is **GRANTED**.

The court is aware that it must consider <u>pro</u> <u>se</u> pleadings with deference to the pleader, but there is a limit to how far such deference should travel. Even according plaintiff very much deference, the complaint cannot be viewed as anything other than

---

[1] The backside of this one-page complaint indicates that plaintiff has previously engaged in some form of litigation in the Supreme Court of Florida and/or Galveston County, which the court assumes is a Texas county since the defendant in any such litigation was the Secretary of State of Texas. None of the information on the back of the one-page complaint is considered by the court in connection with the case pending here.

totally frivolous. It certainly goes without saying that it fails to state a claim upon which relief can be granted, and fails to set forth sufficient facts to demonstrate that the court has jurisdiction of whatever matter plaintiff is addressing. Pursuant to 28 U.S.S. § 1915(e)(2)(A), the action will be dismissed.

    DONE this ___10th___ day of December, 2002.

                                               */s/ James H. Hancock*
                                      SENIOR UNITED STATES DISTRICT JUDGE